DF

COURTESY COPY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
WAYNE RICHARDSON AND
ROSELOR PIERRE,

                Plaintiffs,

- Against -

US FREIGHTWAYS LOGISTICS SERVICE AND
RYAN M. CALDWELL,

                Defendants.
----------------------------------------X

STIPULATION OF DISCONTINUANCE

05 CV 1955 (ARR) (CLP)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

Dated:    FOREST HILLS, NEW YORK
          September 29, 2005

_____
HELEN F. DALTON, ESQ.
HELEN F. DALTON & ASSOCIATES, P.C.
Attorneys for Plaintiff(s)
Roselor Pierre, Wayne O. Richardson
739 Church Avenue
Brooklyn, New York 11218
(718) 633-1002
Our File No. 02-0359

_____
Law Offices of John C. Lane (JL 2569)
Attorneys for Defendant(s)
US FREIGHTWAYS LOGISTICS
SERVICE, RAYAN CALDWELL
PMB 46013, 140 Broadway, 46th Floor
New York, New York 10005
212-363-8048

So ordered.
10/14/05
USDJ